JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD WAYNE GLOVER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VERCY LLC and DOES 1 through 10, inclusive, and each of them,<br><br>Defendant(s). | Case No.:   8:22−cv−01157−CJC−JDE<br><br>**ORDER FOR DISMISSAL OF ACTION**<br><br>[Fed. R. Civ. P. 41.] |

1

**ORDER FOR DISMISSAL OF ACTION**

1  The Court having considered the Joint Stipulation for Dismissal of Action executed and filed by Plaintiff RICHARD WAYNE GLOVER and Defendant VERCY L.L.C., through their respective counsel of record, and finding good cause appearing therefor, hereby ORDERS that the above-captioned action, is dismissed with prejudice as to Plaintiff RICHARD WAYNE GLOVER'S individual claims, and dismissed without prejudice as to putative class members potential claims, resolving the action in its entirety, with each party to bear its own costs, expenses, and attorneys' fees as incurred as against one another in connection with this action.

IT IS SO ORDERED.

DATED: September 26, 2022

_____
Honorable Cormac J. Carney
United States District Court Judge